IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR72 |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER NORWOOD, A/K/A | ) | ORDER |
| JENNIFER DOLPH | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [87]. The co-defendant has entered a plea and is scheduled for sentencing on August 17, 2023. The defendant needs additional time to resolve this matter short of trial. The undersigned magistrate judge finds good cause for the continuance.

Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [87] is granted, as follows:

1. The jury trial, now set for July 17, 2023, is continued to August 28, 2023.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: July 14, 2023

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**